This decision was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of non-precedential dispositions. Please also note that this electronic decision may contain computer-generated errors or other deviations from the official paper version filed by the Supreme Court.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**INTERNATIONAL BANK,**

    Plaintiff,

**v.**                                **No. A-1-CA-36301**

**DONACIANO RAMON FERNANDEZ a/k/a DONNY RAY FERNANDEZ; DOLORES FERNANDEZ; THE ESTATE OF ALFREDO FERNANDEZ a/k/a JOSE ALFREDO FERNANDEZ, Deceased; DONACIANO RAMON FERNANDEZ a/k/a DONNY RAY FERNANDEZ, Personal Representative; ROBERTO URQUIJO and ELIDA F. URQUIJO, husband and wife,**

    Defendants,

and

**ROBERTO URQUIJO and ELIDA F. URQUIJO, Husband and Wife,**

    Cross-Claimants/Appellants,

and

**DONACIANO FERNANDEZ, DOLORES FERNANDEZ, and THE ESTATE OF ALFREDO FERNANDEZ,**

    Cross-Claimants/Appellees.

**APPEAL FROM THE DISTRICT COURT OF COLFAX COUNTY**
**Emilio J. Chavez, District Judge**

Dave Eloy Romero
Las Vegas, NM

for Appellants

Ray Allen Floersheim
Raton, NM

for Appellees

**MEMORANDUM OPINION**

**VANZI, Judge.**

{1}    Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

{2}    **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**

_____
**J. MILES HANISEE, Judge**

_____
**JULIE J. VARGAS, Judge**

2